IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MONTANA CONNECTION, INC., et al.,  )
                                    )
    Plaintiffs,                     )
                                    )
v.                                  )   No. 3:12-0824
                                    )   Chief Judge Haynes
JUSTIN MOORE, INC., et al.,         )
                                    )
    Defendants.                     )

## ORDER

The initial case management conference in this action is reset for **January 14, 2013 at 4:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 2nd day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court