IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MONTANA CONNECTION, INC., et al., )
)
    Plaintiffs, )
)
v. ) No. 3:12-0824
) Chief Judge Haynes
JUSTIN MOORE, INC., et al., )
)
    Defendants. )

## O R D E R

The initial case management conference in this action is reset for **Friday, January 11, 2013 at 2:00 p.m.**

It is so **ORDERED**.

ENTERED this the 13th day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court