UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MONTANA CONNECTION, INC., et al., | ) |
| | ) Civil Action No. 3:12-cv-0824 |
| Plaintiffs, | ) |
| | ) Chief Judge William J. Haynes, Jr. |
| v. | ) |
| | ) JURY DEMAND |
| JUSTIN MOORE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## [~~PROPOSED~~] ORDER AMENDING STIPULATED PROTECTIVE ORDER

For good cause shown, the Court hereby grants Plaintiffs' Motion to Amend Stipulated Protective Order. Section 5 of the Stipulated Protective Order (Doc. 47) is amended to provide that documents designated as "Attorneys' Eyes Only" may be disclosed to, all named parties in this action, and all attorneys, paralegals, and other staff members at the respective firms of all counsel of record, subject to all other provisions contained in such Stipulated Protective Order.

IT IS SO ORDERED.

_____
Chief Judge William J. Haynes, Jr.

Dated: 9-23-15