IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MONTANA CONNECTION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JUSTIN MOORE, et al., <br><br> Defendants. | No. 3:12-cv-0824 <br> Senior Judge Haynes |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 180) is **DENIED** as to the copyright infringement claim, but **DENIED without prejudice** as to Plaintiffs' claims for declaratory judgment and for recovering attorneys' fees and statutory damages.

It is so **ORDERED**.

ENTERED this the 30th day of September, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge